UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Case No. 2:12-cr-12-02
                                            HON. PAUL L. MALONEY

SHANE ROBERT DAIGNEAULT, SR.,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on October 31, 2017, for an appearance on a summons for supervised release violations. He was advised of his rights, the charges and penalties.

Defendant was given a drug screening by the probation officer prior to the hearing in which indicated a positive result for marijuana. The government requested the defendant be detained pending further proceedings, which was supported by the probation department.

For reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                          */s/ Timothy P. Greeley*
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2017