UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No.  2:12-cr-12-02.

v.        HON. PAUL L. MALONEY

Shane Robert Daigneault, Sr.,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On November 3, 2017, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging 6 violations of the defendant's conditions of supervised release.

An initial appearance was conducted on October 31, 2017, at which time the defendant was given time to determine if a revocation hearing was necessary.

On November 15, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived his right to a preliminary hearing, right to a revocation hearing, right to appear before a district judge, his right to allocution before a and sentencing before a district judge.  At this time, the defendant admitted to violations #1 through #6 as set forth in the amended petition.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the condition of supervised release as set forth in violations #1 through #6 of the petition and that the

attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  November 15, 2017         _/s/ Timothy P. Greeley__
                                 TIMOTHY P. GREELEY
                                 United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).