UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,                      Case No. 2:12-cr-12-02

v.                                    HONORABLE PAUL L. MALONEY

SHANE ROBERT DAIGNEAULT, SR.,

               Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States
Magistrate Judge Timothy P. Greeley in this action (ECF No. 585).  The Report and
Recommendation was duly served on the parties, and no objection has been made thereto within
the time required by law.

THEREFORE, IT IS ORDERED that:

1.       The Report and Recommendation of the Magistrate Judge is approved and
adopted as the opinion of the Court.

2.       Defendant's admission of guilt is accepted and Defendant is adjudicated guilty of
violations1 through 6 of the petition.  A judgment shall issue.

Dated:  December 7, 2017                   /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge